FILED
4/25/19 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-21464-TPA |
| FRANK L. CANADA JR., ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | Related to Document No. 9 |
| ) | |
| FRANK L. CANADA JR., ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT. ) | |

**ORDER OF COURT**

AND NOW, to wit, this __25th__ day of _____April_____, 2019, it is hereby ORDERED that Movant/Debtor Frank L. Canada Jr. is granted an extension up to and including May 6, 2019 to file the required completed schedules, declarations, statements, and plan.  No further extensions will be granted.

BY THE COURT:

_____
THOMAS P. AGRESTI,            jlm
U.S. District Court Bankruptcy Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 19-21464-TPA
Frank L. Canada, Jr.                                            Chapter 13
            Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: culy              Page 1 of 1              Date Rcvd: Apr 25, 2019
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
db         +Frank L. Canada, Jr.,    136 Juniata Rd.,    Dunbar, PA 15431-2172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
              Glenn R. Bartifay    on behalf of Debtor Frank L. Canada, Jr. gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4