IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 19-21464-TPA |
| FRANK L. CANADA JR., | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

<u>EMPLOYEE INCOME RECORDS</u>

Attached hereto are the Employee Income Records for Debtor Frank L. Canada Jr. for the 60-day period pre-filing of the Petition.

Declaration Under Penalty of Perjury by Individual Debtor

I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: <u>May 6, 2019</u>    Signature:    <u>/s/ Frank L. Canada Jr.</u>
FRANK L. CANADA JR.,
Debtor

Dated: <u>May 6, 2019</u>    <u>Glenn R. Bartifay, Esquire</u>
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Debtor

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Ave., First Floor
Murrysville, PA 15668
(412) 824-4011
gbartifay@bartifaylaw.com

002517
DBD   000463 000500   0020828213   1
006-0001

# Earnings Statement ADP

ARC FAYETTE COUNTY
80 OLD NEW SALEM ROAD
UNIONTOWN, PA 15401

Period Beginning: 03/08/2019
Period Ending: 03/21/2019
Pay Date: 03/29/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

FRANK L CANADA
136 JUNIATA RD
DUNBAR PA 15431

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.9000 | 40.75 | 362.68 | 2,307.34 |
| Holiday | | | | 71.20 |
| Personal | | | | 35.60 |
| **Gross Pay** | | | **$362.68** | 2,414.14 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 362.68 | 2,414.14 |
| Pers Balance | | 24.00 |
| Sick Balance | | 33.00 |
| Vac Balance | | 0.00 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -21.65 | 139.09 | |
| Social Security Tax | -22.49 | 149.68 | |
| Medicare Tax | -5.26 | 35.01 | |
| PA State Income Tax | -11.13 | 74.11 | |
| South Union Income Tax | -3.63 | 24.14 | |
| Uniontown Ci Local Svc Tax | -2.00 | 14.00 | |
| PA SUI/SDI Tax | -0.22 | 1.45 | |
| Other | | | |
| Union Dues | -5.04 | 33.55 | |
| **Net Pay** | | **$291.26** | |
| **Net Check** | | **$291.26** | |

Your federal taxable wages this period are $362.68

©1998, 2006. ADP, LLC   All Rights Reserved.