IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 19-21464-TPA |
| FRANK L. CANADA JR., | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

CREDIT COUNSELING CERTIFICATION

    Attached hereto is the Credit Counseling Certification for Debtor Frank L. Canada Jr.

Declaration Under Penalty of Perjury by Individual Debtor

    I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: May 6, 2019          Signature:     /s/ Frank L. Canada Jr.
                                                                            FRANK L. CANADA JR.,
                                                                            Debtor

Dated: May 6, 2019          Glenn R. Bartifay, Esquire
                                              GLENN R. BARTIFAY, ESQUIRE
                                              Pa. Id. No. 68763
                                              Attorney for Debtor

                                              BARTIFAY LAW OFFICES, P.C.
                                              3134 Lillian Ave., First Floor
                                              Murrysville, PA 15668
                                              (412) 824-4011
                                              gbartifay@bartifaylaw.com

Certificate Number: 15557-PAW-CC-032644894



15557-PAW-CC-032644894

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 9, 2019</u>, at <u>5:10</u> o'clock <u>PM EDT</u>, <u>Frank Canada</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>April 9, 2019</u>              By:   <u>/s/Elizabeth Venegas</u>

                                        Name:   <u>Elizabeth Venegas</u>

                                        Title:   <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).