IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-21464-JCM |
| FRANK L. CANADA, JR., ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| GLENN R. BARTIFAY, EQUIRE, ) | |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Applicant, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF ATTORNEY FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval of Attorney Fees filed on April 19, 2024, Doc. No. 39, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing on Professional Fees filed on April 19, 2024, Doc. No. 40, Responses to the Application were to be filed and served no later than May 6, 2024.

It is hereby respectfully requested that the Proposed Order filed on April 23, 2024, Doc. No. 42, be entered by the Court.

Dated: May 7, 2024              /s/ Glenn R. Bartifay
                                GLENN R. BARTIFAY, ESQUIRE
                                Pa. Id. No. 68763
                                Attorney for Applicant

                                BARTIFAY LAW OFFICES, P.C.
                                2009 Mackenzie Way, Suite 100
                                Cranberry Township, PA 16066
                                (412) 824-4011
                                gbartifay@bartifaylaw.com