Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Frank L. Canada Jr.** | : | Case No. 19−21464−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 47 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/6/24 at 02:30 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 30th of May, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 47 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before July 15, 2024**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on **August 6, 2024 at 02:30 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

(4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21464-JCM |
| Frank L. Canada, Jr. | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 30, 2024 | Form ID: 300a | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank L. Canada, Jr., 136 Juniata Rd., Dunbar, PA 15431-2172 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:28:11 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15030883 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 01:07:10 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15072637 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:29:26 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15073747 | | Email/Text: EBNBKNOT@ford.com | May 31 2024 00:16:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 15030884 | + | Email/Text: EBNBKNOT@ford.com | May 31 2024 00:16:00 | Ford Motor Credit Comp, Po Box Box 542000, Omaha, NE 68154-8000 |
| 15030885 | + | Email/Text: bankruptcy@marinerfinance.com | May 31 2024 00:14:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15049266 | + | Email/PDF: cbp@omf.com | May 31 2024 00:29:22 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15030886 | + | Email/PDF: cbp@omf.com | May 31 2024 00:29:22 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15067896 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2024 00:14:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15030887 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2024 00:14:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15030888 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2024 00:14:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15187419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:29:27 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15072771 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 01:07:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15030889 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 01:07:20 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15030890 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:56:08 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

TOTAL: 15

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: May 30, 2024 | Form ID: 300a | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15139879 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15072810 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Frank L. Canada Jr. gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5