Certificate Number: 16339-PAW-DE-038525941

Bankruptcy Case Number: 19-21464



16339-PAW-DE-038525941

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2024, at 4:04 o'clock PM EDT, Frank Canada completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  May 30, 2024                By:    /s/Kelley Tipton

                                   Name:  Kelley Tipton

                                   Title: Certified Financial Counselor